WESTCHESTER TRUST COMPANY, as Trustee for Bondholders of THE HOBBY BOTTLING COMPANY, Respondent, *v.* THE HOBBY BOTTLING COMPANY et al., Defendants, and JOHN KELLY, Appellant.

*Westchester Trust Co.* v. *Hobby Bottling Co.*, 102 App. Div. 464, affirmed. (Argued May 14, 1906; decided June 5, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 10, 1905, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action for the foreclosure of a mortgage given to secure an issue of corporate bonds.

*Robert Stewart* for appellant.

*Ralph Earl Prime, Jr.*, for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, HISCOCK and CHASE, JJ. Absent: GRAY, J.

---

MOSES MAY, Respondent, *v.* LOUIS M. JONES et al., Appellants.

*May* v. *Jones*, 102 App. Div. 617, affirmed. (Argued May 15, 1906; decided June 5, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 15, 1905, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial in an action to recover a sum theretofore paid by plaintiff upon a contract whereby defendants agreed to sell a certain leasehold estate, together with damages for alleged fraudulent representations.

*Edwin Countryman* for appellants.

*Ira Leo Bamberger* and *Sidney Lowenthal* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, HISCOCK and CHASE, JJ. Absent: GRAY, J.